IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gilmore, Kuwana T

Printed: 11/6/07

Case Number: 07 B 09899
Judge: Goldgar, A. Benjamin
Filed: 6/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 25, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 23,517.93 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,625.00 | 0.00 |
| 6. | City Of Chicago | Secured | 430.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 13,306.20 | 0.00 |
| 8. | Option One Mortgage Corp | Secured | 4,588.90 | 0.00 |
| 9. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 21.83 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 2.23 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 165.00 | 0.00 |
| 13. | Drive Financial Services | Unsecured | 0.00 | 0.00 |
| 14. | American General Finance | Secured | | No Claim Filed |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Credit Management Service | Unsecured | | No Claim Filed |
| 19. | Comcast | Unsecured | | No Claim Filed |
| 20. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 21. | GC Services | Unsecured | | No Claim Filed |
| 22. | Kluever & Platt | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 46,963.42 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gilmore, Kuwana T

Printed: 11/6/07

Case Number: 07 B 09899
Judge: Goldgar, A. Benjamin
Filed: 6/1/07

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
                  _____
                  $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_